UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 10-0772 WHA |
| Plaintiff, | ) ) | |
| v. | ) ) | [PROPOSED] ORDER EXCLUDING TIME FROM MARCH 1, 2011 THROUGH APRIL 5, 2011 |
| GREGORY WALKER, a/k/a "Fella," | ) ) ) | |
| Defendant. | ) ) | |

Defendant Gregory Walker, Jr., represented by counsel, and the Government appeared before the Court on March 1, 2011 for a status conference. The parties represented that the Government had recently produced additional discovery to defense counsel.

The matter was continued to April 5, 2011 at 2:00 p.m. for trial setting or to set further proceedings. The defendant requested that time be excluded under the Speedy Trial Act from March 1, 2011 through April 5, 2011 because defense counsel needed additional time to review discovery provided by the Government and also because the defendant's lead attorney, George Boisseau, was unavailable until that date because he is currently in trial. The government stated that it had no objection to excluding time on that basis.

The parties agreed that the requested continuance was a reasonable amount of time

STIP. & [PROP.] ORDER EXCL. TIME
Case No. CR 100772 WHA

1  necessary for effective preparation of defense counsel and continuity of defense counsel. 18
2  U.S.C. § 3161(h)(7)(B)(iv). The parties agreed that the ends of justice served by granting such a
3  continuance outweighed the best interests of the public and the defendants in a speedy trial. 18
4  U.S.C. § 3161(h)(7)(A).

5     It is so stipulated.

7  DATED: March 3, 2011                    Respectfully submitted,

8                                          MELINDA HAAG
                                           United States Attorney

10                                         _____/S/_____
                                           WILLIAM FRENTZEN
11                                         Assistant United States Attorney

13                                         _____/S/_____
                                           GEORGE BOISSEAU
14                                         Counsel for Defendant Gregory Walker, Jr.

15     Based upon the representation of counsel and for good cause shown, the Court finds that
16  failing to exclude the time from March 1, 2011 through April 5, 2011 would unreasonably deny
17  the defendant and defense counsel the reasonable time necessary for effective preparation, and
18  also deny the defendant continuity of counsel, taking into account the exercise of due diligence.
19  18 U.S.C. § 3161(h)(7)(B)(iv). The Court further finds that the ends of justice served by
20  excluding the time from March 1, 2011 through April 5, 2011 from computation under the
21  Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.
22     Therefore, IT IS HEREBY ORDERED that the time from March 1, 2011 through April 5,
23  2011 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. §
24  3161(h)(7)(A) and (B)(iv).

27  DATED: March 7, 2011.                  _____
                                           THE HON. WILLIAM ALSUP
28                                         United States District Judge

STIP. & [~~PROP.~~] ORDER EXCL. TIME
Case No. CR 100772 WHA                    -2-