1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4  DEREK OWENS (CABN 230237)
   Assistant United States Attorneys
5
       450 Golden Gate Ave., Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7200
7      Fax: (415) 436-6488
       E-Mail: derek.owens@usdoj.gov
8
   Attorneys for the United States of America
9

10                     UNITED STATES DISTRICT COURT

11                    NORTHERN DISTRICT OF CALIFORNIA

12                           SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,       )    No. CR 10-0772 SC
                                    )
15         Plaintiff,                )
                                    )    STIPULATION AND [PROPOSED]
16      v.                          )    ORDER EXCLUDING TIME FROM
                                    )    APRIL 29, 2011 THROUGH JUNE 13,
17  GREGORY WALKER,                 )    2011
                                    )
18         Defendant.                )
                                    )

19

20

21      On April 29, 2011, the parties in this case appeared before the Court for a status hearing. At

22  that appearance, the parties stipulated, and the Court found, that time should be excluded from

23  the Speedy Trial Act calculations from April 29, 2011 through June 13, 2011, for effective

24  preparation of defense counsel. The parties represented that granting the continuance was the

25  reasonable time necessary for effective preparation of defense counsel, taking into account the

26  exercise of due diligence. See 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agreed that the

27  ends of justice served by granting such a continuance outweighed the best interests of the public

28  //

STIP. AND ORDER
CR 10-0772 SC

and the defendant in a speedy trial. See 18 U.S.C. § 3161(h)(7)(A).

SO STIPULATED:

                                        MELINDA HAAG
                                        United States Attorney

DATED: 5/9/2011            /s/ Derek Owens
                           _____
                           DEREK OWENS
                           Assistant United States Attorney


DATED: 5/9/2011            /s/ George Boisseau
                           _____
                           GEORGE BOISSEAU
                           Attorney for the defendant

As the Court found on April 29, 2011, and for the reasons stated above, the Court finds that an exclusion of time between April 29, 2011 through June 13, 2011, is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161(h)(7)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(7)(B)(iv).

SO ORDERED.

DATED: 5/10/11

[Signature: Judge Samuel Conti — IT IS SO ORDERED stamp]

THE HONORABLE
United States District Judge

STIP. AND ORDER
CR 10-0772 SC                                  2