Law Offices of
GEORGE C. BOISSEAU
State Bar Number 75872
740 4th Street
Second Floor
Santa Rosa, California 95404
Phone: (707) 578-5636
Fax: (707) 578-1141
E-Mail: boisseaugc@msn.com

Attorney for Defendant
GREGORY WALKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>v.<br><br>GREGORY WALKER,<br><br>　　　　Defendant. | CR-10-00772-SC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER AUTHORIZING CONTINUING HEARING ON MOTION FOR NEW TRIAL |

　　　Upon the request of the defendant, GREGORY WALKER, by and through defendant's counsel of record, George C. Boisseau, and upon agreement of the United States, and good cause appearing because defendant's counsel will be out of the district on August 26, 2011,

　　　The hearing on the motion for new trial and/or judgment of acquittal is continued from August 26, 2011 to August 29, 2011 at 9:00 in the morning.

　　　SO STIPULATED.

　　　Dated: August 23, 2011

　　　　　　　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　　　　　　　　GEORGE C. BOISSEAU

　　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　　　　　GREGORY WALKER

1

IT IS SO STIPULATED.

Dated: August 23, 2011

                                              /s/
                                   TAREK HELOU
                                   Assistant United States Attorney

### ORDER

Upon the request of the defendant, GREGORY WALKER, by and through defendant's counsel of record, George C. Boisseau, and upon agreement of the United States, and good cause appearing because defendant's counsel will be out of the district on August 26, 2011,

The hearing on the motion for new trial and/or judgment of acquittal is continued from August 26, 2011 to August 29, 2011 at 9:00 in the morning.

IT IS SO ORDERED.

Dated: 8/24/11

HON. [Signature: Samuel Conti]
United States District Judge
Northern District of California
Judge Samuel Conti

IT IS SO ORDERED