Law Offices of
GEORGE C. BOISSEAU
State Bar Number 75872
740 4th Street
Second Floor
Santa Rosa, California 95404
Phone: (707) 578-5636
Fax: (707) 578-1141
E-Mail: boisseaugc@msn.com

Attorney for Defendant
GREGORY WALKER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR-10-00772-SC |
| Plaintiff, | ) | STIPULATION AND [PROPOSED] |
| | ) | ORDER CONTINUING THE |
| v. | ) | SENTENCING HEARING |
| | ) | |
| GREGORY WALKER, | ) | |
| Defendant. | ) | |
| | ) | |

Upon the request of the defendant, GREGORY WALKER, by and through defendant's counsel of record, George C. Boisseau, and upon agreement of the United States and the United States Probation Department, and good cause appearing because defendant's counsel has been engaged in a continuing preliminary hearing in a homicide case and only recently received the final Pre-Sentence Report,

The sentencing hearing is continued from September 16, 2011 to November 14, 2011 at 10:00 in the morning.

SO STIPULATED.

Dated: September 13, 2011

/s/
GEORGE C. BOISSEAU

Attorney for Defendant
GREGORY WALKER

1

1    IT IS SO STIPULATED.

2    Dated: September 13, 2011

3                                                          _____/s/_____
                                                          TAREK HELOU
4                                                         Assistant United States Attorney

5

6                                            ORDER

7        Upon the request of the defendant, GREGORY WALKER, by and through defendant's

8    counsel of record, George C. Boisseau, and upon agreement of the United States and the United

9    States Probation Department, and good cause appearing,

10       The sentencing hearing is continued from September 16, 2011 to November 14, 2011

11   at 10:00 in the morning.

12       IT IS SO ORDERED.

13   Dated:  September 13, 2011

14                                                        _____

15   HON.                                                United                        Judge
     North                                              ifornia
16

17

18

19

20

21

22

23

24

25

26

27

28

                                              2